Jordan Raphael (SBN 252344)
jraphael@byronraphael.com
BYRON RAPHAEL LLP
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
P: (213) 291-9800
F: (213) 277-5373

Andrew Gerber (admitted *pro hac vice*)
andrew@kgfirm.com
KUSHNIRSKY GERBER PLLC
27 Union Square West, Suite 301
New York, NY 10003
P: (212) 882-1320
F: (917) 398-1487

*Attorneys for Plaintiff Katie Thierjung*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE THIERJUNG, | Case No.: 8:21-cv-01480-JLS-DFM |
| | **NOTICE OF LODGING OF [PROPOSED] ORDER** |
| v. | |
| ZOETOP BUSINESS CO., LTD. d/b/a SHEIN and ROMWE | |
| Defendant. | |

   Plaintiff Katie Thierjung hereby requests that the Clerk's Office enter judgment pursuant to F.R.C.P. Rule 68 as set forth in the Amended Offer of Judgment dated

---

October 8, 2021, a copy of which is being filed herewith along with Plaintiff's Acceptance thereof.

Dated: October 25, 2021

By: /x/  Andrew Gerber
Andrew Gerber

KUSHNIRSKY GERBER PLLC

BYRON RAPHAEL LLP

Attorneys for Plaintiff Katie Thierjung

**NOTICE OF LODGING OF [PROPOSED] ORDER**