**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Katie Thierjung | CASE NUMBER: |
| --- | --- |
| PLAINTIFF | SACV 21-01480-JLS (DFMx) |
| v. | |
| Zoetop Business Co., Ltd. | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on October 11, 2021 as docket number 13 & 14 (the "Offer of Judgment"), judgment is hereby entered for

KATIE THIERJUNG

and against

ZOETOP BUSINESS CO., LTD. d/b/a SHEIN and ROMWE

according to the terms set forth in the Offer of Judgment.

Date: October 27, 2021          By: Melissa Kunig
                                    Deputy Clerk

CV-140 (02/21)                 **JUDGMENT**